**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
**SCHUETZE, McGAHA, TURNER & FERRIS PLLC**
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
(702) 369-3225
(702) 369-2110 Fax
bmcgaha@smlvlaw.net

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON ROCHE,<br><br>                    Plaintiff<br><br>vs.<br><br>DIEGO GUZMAN, and TSG FLEET SERVICES, LLC, a California Limited Liability Company; DOES I – X, and ROE CORPORATIONS XI – XX, inclusive,<br><br>                    Defendants | **CASE NO**:  2:23-cv-00488-CDS-EJY<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

        IT IS HEREBY STIPULATED by and between WILLIAM W. McGAHA, ESQ. of the law firm SCHUETZE, McGAHA, TURNER & FERRIS, PLLC., attorneys for Plaintiff and ROYI MOAS, ESQ., of the law firm WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, attorneys for Defendants DIEGO GUZMAN and TSG FLEET SERVICES, LLC. That the above-entitled matter be dismissed with prejudice with each side to bear their own costs and attorney's fees.

/ / /

///

///

/ / /

1

2

Pursuant to FRCP 26, a Scheduling Order has not been filed, and a Trial has not been set.

3

DATED this 31st day of January 2025.

DATED this 31st day of January 2025.

4

5

SCHUETZE, McGAHA TURNER
 & FERRIS, PLLC.

WOLF, RIFKIN, SHAPIRO, SCHULMAN
 & RABKIN, LLP

6

7

By /s/William W. McGaha
   WILLIAM W. McGAHA, ESQ.

By /s/Royi Moas
   ROYI MOAS, ESQ.

8

   Nevada Bar #3234
   601 S. Rancho Drive, Suite C-20

   Nevada Bar #10686
   3773 Howard Hughes Pkwy

9

   Las Vegas, Nevada 89106
   Attorneys for Plaintiff

   Suite 590 South
   Las Vegas, Nevada 89169

10

   Attorneys for Defendants

11

12

## ORDER

13

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to

14

bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

15

Dated:  January 31, 2025

16

17

18

_____
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28